946 A.2d 636

Gene STILP, Appellant

v.

COMMONWEALTH of Pennsylvania, General Assembly, Robert C. Jubelirer, and John M. Perzel, Leadership of the General Assembly, Appellees.

Supreme Court of Pennsylvania.

March 19, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of March, 2008, the Order of the Commonwealth Court is hereby **AFFIRMED.**